IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Divizio, Michaeleen D | Case Number: 08 B 18250 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 7/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed: September 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,821.38 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,701.18 |
| Trustee Fee: |  | 120.20 |
| Other Funds: |  | 0.00 |
| Totals: | 1,821.38 | 1,821.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chad M Hayward | Administrative | 2,250.00 | 1,701.18 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 10,029.93 | 0.00 |
| 4. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 5. | Nordstrom | Unsecured | 1,240.90 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 170.21 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 7,184.18 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 420.93 | 0.00 |
| 10. | Chase Bank | Unsecured | 1,090.78 | 0.00 |
| 11. | GMAC Auto Financing | Unsecured |  | No Claim Filed |
| 12. | Department Of Employment Security | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,386.93 | $ 1,701.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 120.20 |
|  | $ 120.20 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Divizio, Michaeleen D

Printed: 01/29/09

Case Number:  08 B 18250
Judge:  Wedoff, Eugene R
Filed:  7/16/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

